*08 CIV 4882*

*Judge Pauley*

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FARENCO SHIPPING CO. LTD.,

        Plaintiff,

v.

AQUAVITA INTERNATIONAL S.A.,

        Defendant.

---

08 Civ.

**F.R. CIV. P. RULE 7.1 STATEMENT**

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
      May 27, 2008

                              Respectfully submitted,
                              BLANK ROME LLP
                              Attorneys for Plaintiff

                              By /s/ Jeremy Harwood
                              Jeremy J.O. Harwood (JH 9012)
                              405 Lexington Avenue
                              New York, NY 10174
                              Tel.: (212) 885-5000

294478.1
900200.00001/6640263v.1